**Andrew NICHOLS, III, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 70524.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 1997.

Application to Transfer Denied
June 17, 1997.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Andrew Nichols, III, ("Movant") appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).